IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAMON A. BENSON,** | : | |
|     **Plaintiff,** | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 23-CV-3300** |
| | : | |
| **SHERIFF JOHN DOE,** *et al.***,** | : | |
|     **Defendants.** | : | |

## ORDER

AND NOW, this 21st day of March, 2023, upon consideration of Plaintiff Damon A. Benson's Motion for an Extension of Time (ECF No. 17) to comply with the Court's December 21, 2023 Order, and because Benson has demonstrated good cause under Rule 4(m) of the Federal Rules of Civil Procedure, it is **ORDERED** that:

1. The Motion (ECF No. 17) is **GRANTED**.

2. Benson has an additional forty-five (45) days from the date of this Order to comply with the Court's December 21, 2023 Order.[1]

                                              **BY THE COURT:**

                                              **/s/ Juan R. Sánchez**
                                              **JUAN R. SÁNCHEZ, J.**

---

[1] The December 21 Order directs Benson to (1) complete a USM-285 Form for each Defendant once he has ascertained sufficient identifying information about that Defendant, and (2) return the completed forms to the Clerk's Office together with a Motion to Substitute, in which he provides the information to the Court to allow for substitution of the John Doe Defendants.